**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
06/16/2020

In Re: Antoine Noun
Georgette Noun
**Debtor(s)**

Case No.: 20−31397

Chapter: 7

---

***ORDER CLOSING CASE***

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/16/20

Christopher M. Lopez
United States Bankruptcy Judge